

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00163-CR

_____

PAUL DILLION BROWN A/K/A PAUL DILLON BROWN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR25-0078

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Paul Dillon Brown pled guilty to theft of a firearm, a state jail felony. *See* TEX. PENAL CODE ANN. § 31.03(e)(4)(C) (Supp.). After a punishment hearing, the trial court sentenced Brown to twenty-four months' confinement in state jail.[1]

On appeal, Brown questions whether the trial court erred by entering an order appointing counsel that also found he had financial resources or ability to pay all or part of the cost of legal services.[2] Brown also argues that his sentence violated his Eighth Amendment right to be free from cruel and unusual punishment. *See* U.S. CONST. amend. VIII.

Brown raises these same issues in his companion appeal in cause number 06-25-00162-CR. For the same reasons stated therein, we overrule Brown's points of error because (1) no modification to the order appointing counsel is necessary since (a) Brown had retained counsel and (b) no attorney fees were ordered to be paid in the trial court's judgment, and (2) Brown failed to preserve his Eighth Amendment complaint for our review.

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). We follow the precedent of the Second Court of Appeals in deciding the issues presented. *See* TEX. R. APP. P. 41.3.

[2] In his appellate cause number 06-25-00162-CR, Brown appeals his conviction for possession with intent to deliver four grams or more but less than 200 grams of fentanyl. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.1123(d) (Supp.).

2

As a result, we affirm the trial court's judgment.



Jeff Rambin
Justice

Date Submitted:     March 25, 2026
Date Decided:       April 22, 2026

Do Not Publish

3